## STATE OF CONNECTICUT *v.* ANTWON W.

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 180 (AC 28150), is denied.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided April 7, 2010